UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES DEVARY,

                Plaintiff,        21-cv-7869 (JGK)

   - against -                  ORDER

NATIONAL SECURITIES CORPORATION AND
FORTE CAPITAL GROUP, INC.,
                Defendants.

JOHN G. KOELTL, District Judge:

    The conference scheduled for December 13, 2021 is canceled.

SO ORDERED.
Dated:    New York, New York
          December 7, 2021

                                       John G. Koeltl
                                 United States District Judge