UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES DEVARY,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　-against-<br><br>NATIONAL SECURITIES CORPORATION, et al.,<br><br>　　　　　　　　　　Defendant(s). | 1:21-cv-07869 (JLR)<br><br>**ORDER** |

JENNIFER L. ROCHON, United States District Judge:

　　　　By stipulation and order dated December 20, 2021, this action was stayed pending arbitration. ECF No. 12. IT IS HEREBY ORDERED that the parties shall file on ECF a joint status report to the Court within 10 days after the completion of arbitration or on January 3, 2023, whichever is earlier.

Dated: October 6, 2022
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　SO ORDERED.

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　JENNIFER L. ROCHON
　　　　　　　　　　　　　　　　　　　　United States District Judge