UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JAMES DEVARY,

                              Plaintiff(s),

            v.                                          21-CV-7869 (DEH)

NATIONAL SECURITIES CORPORATION,          **NOTICE OF REASSIGNMENT**
et al.,

                              Defendant(s).

DALE E. HO, United States District Judge:

        This case has been reassigned to the undersigned.  All counsel must familiarize

themselves with the Court's Individual Practices, which are available at

https://nysd.uscourts.gov/hon-dale-e-ho.  Unless and until the Court orders otherwise, all prior

orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment.

Dated: October 18, 2023
        New York, New York

                                                    _____
                                                            DALE E. HO
                                                    United States District Judge