UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
JAMES DEVARY,

                    Plaintiff,                    21 **CIVIL** 7869 (DEH)

     -against-                        **JUDGMENT**

NATIONAL SECURITIES CORPORATION,
et al.,

                    Defendants.
------------------------------------------------------------X

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum Opinion and Order dated March 27, 2024, Forte's motion to vacate the Award is DENIED. As there is at least a "barely colorable justification for the outcome reached," Smarter Tools Inc., 57 F.4th at 383, DeVary's cross-motion to confirm the Award is GRANTED.

**Dated**: New York, New York
        March 28, 2024

                                                        **RUBY J. KRAJICK**

                                                           Clerk of Court

                           **BY:**
                                                         **Deputy Clerk**