**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JAMES DEVARY,

                           Plaintiff,                         21 **CIVIL** 7869 (DEH)

              -against-                         **AMENDED JUDGMENT**

NATIONAL SECURITIES CORPORATION,
et al.,

                         Defendants.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Amended Memorandum Opinion and Order dated October 07, 2024, Fortes motion to vacate the Award is DENIED. As there is at least a "barely colorable justification for the outcome reached," Smarter Tools Inc., 57 F.4th at 383, DeVary's cross-motion to confirm the Award is GRANTED. Per the terms of the FINRA Arbitration Award: Forte is liable for and shall pay to Claimant the sum of $227,656.40 in statutory damages pursuant to § 198(1-a) of the New York Labor Law; Forte is liable for and shall pay to Claimant the sum of $105,000.00 in attorneys' fees pursuant to Art. 6 § 198(1-a) of the New York Labor Law; Respondents (including Forte) are jointly and severally liable for and shall pay to Claimant $400.00 to reimburse Claimant for the nonrefundable portion of the filing fee previously paid to FINRA The Clerk Dispute Resolution Services.

**Dated**: New York, New York
       October 08, 2024

                                                     Daniel Ortiz
                                                     _____
                                                     Acting Clerk of Court

                                   **BY:**
                                                     Deputy Clerk