UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JAMES DEVARY | Civil Action No. 21-cv-07869 (DEH) |
| Plaintiff, | |
| v. | |
| NATIONAL SECURITIES CORPORATION and FORTE CAPITAL GROUP, INC., | ~~PROPOSED~~ **JUDGMENT** |
| Defendants. | |

It is hereby **ORDERED, ADJUDGED AND DECREED**: That for the reasons stated in the Court's Opinion and Order dated December 4, 2024, Plaintiff James DeVary's motion for an award of fees and costs is granted in part. Defendant Forte Capital Group, Inc. is ordered to pay Plaintiff:

(1) $30,105 in attorney's fees plus

(2) Post judgment interest of 5.12% interest, the rate equal to the weekly average 1-year constant maturity treasury yield as published by the Board of Governors of the Federal Reserve System for the calendar week preceding the date of the June 15, 2023 FINRA Award on the total Award of $332,856.40 from the date of the FINRA Award, June 15, 2023, until payment is made, as prescribed by 28 U.S.C. § 1961(a).

Dated:  New York, New York

      January 27 , 2025

                                    DALE E. HO
                        United States District Judge